UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Yeferson Gonzalez Contreras, | ) | Civil No. 25-04814 (MJD/DJF) |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER FOR EXTENSION** |
| | ) | **OF TIME TO RESPOND** |
| Samuel L. Olson, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Gloria Leticia Contreras Edin, Contreras Edin Law, PA, Counsel for Petitioner.
Friederich A. P. Siekert, Assistant United States Attorney, Counsel for Federal Respondents.

Respondents' Unopposed Email Request for Extension of Time to Respond to Petitioner's Motion for Temporary Restraining Order is **GRANTED**.

- Respondents' Response to Petitioner's Motion for Temporary Restraining Order is due January 16, 2026.

- Petitioner's Reply is due by 12:00 p.m. January 20, 2026.

Dated:  January 7, 2026                    s/Michael J. Davis
                                           Michael J. Davis
                                           United States District Court