UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yeferson G. C.,

    Petitioner,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 25-4814 (MJD/DJF)

David Easterwood, et al.,

    Defendants.

Gloria Leticia Contreras Edin, Contreras Edin Law, PA, Counsel for Petitioner.

Ana H. Voss, David W. Fuller, Friedrich A. P. Siekert, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed January 21, 2026. [Doc. 14.] No objections have been filed. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Foster.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

of United States Magistrate Judge Dulce J. Foster filed January 21, 2026.  **[Doc. 14.]**  Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**:

1. Respondents are ordered to release Petitioner immediately on the same conditions on which he was previously paroled;

2. Respondents are ordered to reimburse Petitioner his reasonable costs and fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412;

4. Respondents are ordered to report to the Court on or before January 29, 2026, that Petitioner has been released as ordered above;[1] and

5. Petitioner's Motion for a Temporary Restraining Order **[Doc. 2]** is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 27, 2026                                s/Michael J. Davis
                                                        Michael J. Davis
                                                        United States District Court

---

[1] This requirement is a slight modification to the R&R.