UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yeferson G.C.,
        Petitioner,

v.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 25-04814 (MJD/DJF)

Davis Easterwood, et al.,

        Defendants.

Gloria Leticia Contreras Edin, Contreras Edin Law, PA, Counsel for Petitioner.

David W. Fuller, Friedrich A. P. Siekert, Assistant United States Attorneys, Counsel for Respondents.

On January 27, 2026, the Court granted Petitioner Yeferson G.C.'s Petition for Writ of Habeas Corpus. **[Doc. 17.]** As part of that Order, Respondents were required to immediately release Petitioner and to notify the Court within 48 hours to confirm that the release occurred.

On February 24, 2026, the Respondents provided a status update informing the Court that Petitioner Yeferson G.C. had been released on January 28, 2026. **[Doc. 19.]**

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Yeferson G.C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  March 2, 2026                          s/Michael J. Davis
                                               Michael J. Davis
                                               United States District Court